Certificate Number: 14912-CAC-DE-038746386

Bankruptcy Case Number: 24-11719



14912-CAC-DE-038746386

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>August 7, 2024</u>, at <u>8:31</u> o'clock <u>PM EDT</u>, <u>Alexandre Augusto Criscione</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>August 7, 2024</u>          By:   <u>/s/Jai Bhatt</u>

 

Name:   <u>Jai Bhatt</u>

 

Title:   <u>Counselor</u>